THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Fontanez-Rivera, et al**<br>Plaintiff,<br><br>v.<br><br>**Suiza Dairy Corporation et al,**<br><br>Defendant(s) | Civil No. 21-1257 (ADC) |

# JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U. S. District Judge, issued an Order on October 5, 2021.

Therefore, pursuant to the Court's Order, judgment is hereby entered. ECF No. 29 Motion to Dismiss and Motion to Remand to State Court is GRANTED. PARTIAL JUDGMENT OF DISMISSAL WITH PREJUDICE as to all claims against co-defendants Delta Dental Plan of Puerto Rico, Inc. and Triple-S Salud Inc. . Remaining claims remanded to State Court.

**IT IS SO ORDERED AND ADJUDGED,**

At San Juan, Puerto Rico, on this 5th day of October 2021.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: S/Cristina Dones-Taylor
Cristina Dones-Taylor, Deputy Clerk